# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-18-00746-CV

---

### In re Scott A. Thompson

### V. C., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

#### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
#### NO. D-1-FM-17-003321, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

---

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of V.C. The subject of this proceeding is Scott A. Thompson, appellant's attorney.

Appellant filed her notice of appeal on November 7, 2018, and her brief was due December 27, 2018. On December 13, 2018, we ordered counsel to file appellant's brief no later than Monday, January 7, 2019. On Friday, January 4, 2019, Thompson requested the sealed clerk's record from the Court and filed a motion for extension of time seeking to extend the deadline for appellant's brief to January 14, 2019. On January 7, 2019, Thompson filed appellant's brief, but the brief lacks any citation to the clerk's record. *See* Tex. R. App. P. 38.1(g), (i). On January 8, 2019, the Court provided Thompson with access to the sealed record.

Accordingly, the Court strikes appellant's brief and orders that appellant's counsel file the brief no later than January 22, 2019. *See id.* R. 38.9(a).

Therefore, it is hereby ordered that Scott A. Thompson shall appear in person before this Court on **Thursday, January 24, 2019, at 10:00 a.m.**, in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why he should not be held in contempt and have sanctions imposed for his failure to obey our December 13, 2018 order. This order to show cause will be withdrawn, and Thompson will be relieved of his obligation to appear before this Court as ordered above, if the Clerk of this Court receives appellant's brief **on or before January 22, 2019**.

It is ordered on January 8, 2019.


Before Chief Justice Rose, Justices Kelly and Smith